# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS, <br><br> Plaintiff(s) <br><br> v. <br><br> NEWPARK MALL, LP et al., <br><br> Defendant(s) | Case No. C 19-7837-LB <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __45__ days.

Date: 2/25/2021

Signed: /s/ Irakli Karbelashvili
                                     Attorney for Plaintiff(s)

Signed: /s/ Janelle J. Sahouria
                                     Attorney for Defendant(s)

Signed: /s/ Matthew Kenefick
                                     Attorney for Defendant(s)