| | |
|---|---|
| 1 | **ALLACCESS LAW GROUP** |
| 2 | Irene Karbelashvili, State Bar Number 232223<br>irene@allaccesslawgroup.com |
| 3 | Irakli Karbelashvili, State Bar Number 302971<br>irakli@allaccesslawgroup.com |
| 4 | 1400 Coleman Ave Ste F28<br>Santa Clara, CA 95050 |
| 5 | Telephone: (408) 295-0137<br>Fax: (408) 295-0142 |
| 6 | |
| 7 | Attorneys for JOHN RODGERS, Plaintiff |
| 8 | *Additional Parties Listed on Next Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>   Plaintiff,<br><br>NEWPARK MALL, LP, et al.<br><br>   Defendants. | Case No. 19-CV-07837-LB<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

Page 1 of 3

STIPULATION DISMISSING ACTION WITH PREJUDICE

Andrea F. Oxman (State Bar No. 252646)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:     (213) 689-0404
Facsimile:     (213) 689-0430
E-mail: andrea.oxman@jacksonlewis.com

Janelle J. Sahouria (State Bar No. 253699)
Kate L. Brown (State Bar No. 308134)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: Janelle.Sahouria@jacksonlewis.com
E-mail: Kate.Brown@jacksonlewis.com

Attorneys for Defendants
NEWPARK MALL, LP AND BROOKFIELD PROPERTIES RETAIL, INC.


Matthew Scott Kenefick (State Bar No. 227298)
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Tel. (415) 398-8080
Fax: (415) 398-5584
E-mail: MSK@jmbm.com

Attorneys for Defendant Burlington Coat Factory of Texas, Inc.

Page 2 of 3
STIPULATION DISMISSING ACTION WITH PREJUDICE

Plaintiff John Rodgers ("Plaintiff") and Defendants Burlington Coat Factory of Texas, Inc., NewPark Mall LP, and Brookfield Properties Retail Inc. (collectively, "Defendants") stipulate that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) with each side bearing their own attorney's fees, costs, and litigation expenses.

Dated: May 27, 2021  /s/ Irakli Karbelashvili
Irakli Karbelashvili, Attorney for Plaintiff
John Rodgers

Dated: May 27, 2021  /s/ Matthew Kenefick
Matthew Kenefick, Attorney for Defendant
Burlington Coat Factory of Texas Inc.

Dated: May 27, 2021  /s/ Kate Brown
Kate Brown, Attorney for Defendants Newpark Mall, LP and Brookfield Properties Retail Inc.

### Filer's Attestation

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

/s/ Irakli Karbelashvili
Irakli Karbelashvili